## Erwin GLADDEN v. STATE.
### 1 Div. 950.

Court of Appeals of Alabama.
Nov. 25, 1930.

BRICKEN, P. J.
Affirmed.

(132 So. 913)

## J. D. GLASS v. STATE.
### 8 Div. 324.

Court of Appeals of Alabama.
Feb. 10, 1931.

RICE, J.
Affirmed.

(131 So. 918)

## William Theredore GLEN v. STATE.
### 6 Div. 762.

Court of Appeals of Alabama.
Jan. 16, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(137 So. 920)

## Birdie GLOVER v. STATE.
### 6 Div. 93.

Court of Appeals of Alabama.
Nov. 19, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(132 So. 914)

## Jim GOODWIN v. STATE.
### 8 Div. 263.

Court of Appeals of Alabama.
Feb. 10, 1931.

RICE, J.
Affirmed.

(132 So. 914)

## Sam GOOLSBY v. STATE.
### 4 Div. 618.

Court of Appeals of Alabama.
March 3, 1931.

C. B. Fuller, of Opp, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
The points raised in this case are the same as those dealt with in the case of Mose Goolsby v. State, ante, p. 294, 132 So. 604, and, upon the authority of the decision and opinion in that case, the judgment of conviction here appealed from is affirmed.
Affirmed.

(135 So. 922)

## Bob GORDON v. STATE.
### 7 Div. 751.

Court of Appeals of Alabama.
June 9, 1931.

SAMFORD, J.
Appeal dismissed.